JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL PRINTEX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KNITWORK PRODUCTION CORPORATION, *et al.*, <br><br> Defendants. | Case No.: CV15-8108-MWF-JC <br> *Hon. Michael W. Fitzgerald Presiding* <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

1

Case 2:15-cv-08108-MWF-JC   Document 69   Filed 09/23/16   Page 2 of 2   Page ID #:352

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal and will be converted to a dismissal with prejudice upon completion of the settlement terms;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.

Dated: September 23, 2016         By: _____
                                  HONORABLE MICHAEL W. FITZGERALD
                                  UNITED STATES DISTRICT JUDGE

2

ORDER ON STIPULATION TO DISMISS ACTION